JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Elaine Alcantar,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01538-SKO<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME<br><br>(Doc. 17) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 5-day extension of time, from July 21, 2022 to July 26, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

three months, Counsel continues to work short periods throughout the day with significant breaks throughout. Counsel continues to attend physical therapy four days a week.

      Additionally, for the period from July 18, 2022 to July 21, 2022, the current due date, Counsel for Plaintiff has six merit briefs. The additional five-day extension would allow Counsel the opportunity to properly brief this matter for the Court.

      Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2022　　　　PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
　　JONATHAN OMAR PENA
　　Attorneys for Plaintiff

Dated: June 28, 2022　　　　PHILLIP A. TALBERT
　　United States Attorney
　　PETER K. THOMPSON
　　Acting Regional Chief Counsel, Region IX
　　Social Security Administration

By:　*\*/s/ Mary Tsai*
　　Mary Tsai
　　Special Assistant United States Attorney
　　Attorneys for Defendant
　　(*As authorized by email on June 28, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 17), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including July 26, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 29, 2022**                                    /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE